UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-20852-CIV-MORENO

JOHN MARK JONES,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, SPECIAL
AGENT LUIS ARIAS, and SPECIAL AGENT
JASON SCELSA a/k/a JASON WILSON,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED
## MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES

THIS CAUSE came before the Court upon the Defendants' Unopposed Motion to Stay Discovery and Pretrial Deadlines **(D.E. 29)**, filed on **December 13, 2019**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**. Not only does the Plaintiff not oppose the Defendants' request to stay discovery and the obligations imposed by Federal Rules of Civil Procedure 16 and 26 pending a ruling on the motion to dismiss, but additionally, "facial challenges to a complaint on the basis of qualified immunity should be 'resolved before discovery begins.'" *Weissman v. Nat'l Ass'n of Sec. Dealers, Inc.*, 03-61107-CIV, 2008 WL 11400772, at *1 (S.D. Fla. Jan. 14, 2008) (staying discovery pending a ruling on a motion to dismiss that raised qualified immunity) (quoting *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997)); *see also Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982) ("Until this threshold immunity question is resolved, discovery should not be allowed.").

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 of December 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record